AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CRISTIAN GUSTAVO PEREZ-PLAZAS ) | Case No:  8:12-cr-307-JSM-AEP |
| ) | USM No:  66744-018 |
| Date of Original Judgment: 03/23/2018 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Although the defendant was assessed zero criminal history points, Part B, subpart 1, of Amendment 821 is not applied retroactively, because the defendant does not meet the criteria set forth at USSG §4C1.1. Specifically, the defendant does not meet the criteria at §4C1.1(a)(10) - Adjustment under §3B1.1(b) (Aggravated Role) and engaged in continuing criminal enterprise, as defined in 21 U.S.C. § 848.

Therefore, the defendant is not eligible for a sentencing reduction pursuant to Amendment 821.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  03/28/2025

*Judge's signature*

Effective Date: _____

James S. Moody, Jr., United States District Judge
*(if different from order date)*           *Printed name and title*